**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| ANNA MALES, | ) |
| | ) |
|       **Plaintiff,** | ) |
| | ) |
| v. | )   Case No. 10-1071-CM-KGS |
| | ) |
| NATIONWIDE RECOVERY SYSTEMS, INC. | ) |
| | ) |
|       **Defendant.** | ) |

**COMPLAINT**

NOW COMES the Plaintiff, ANNA MALES, by and through her attorneys, LARRY P. SMITH & ASSOCIATES, LTD., and for her complaint against the Defendant, NATIONWIDE RECOVERY SYSTEMS, INC., Plaintiff states as follows:

### I.    PRELIMINARY STATEMENT

1. This is an action for actual and statutory damages for violations of the Fair Debt Collection Practices Act (hereinafter "FDCPA"), 15 U.S.C. §1692, et seq.

### II.    JURISDICTION & VENUE

2. Jurisdiction arises under the FDCPA, 15 U.S.C. §1692 et seq., and pursuant to 28 U.S.C. §1331 and 28 U.S.C. §1337.

3. Venue is proper in this district pursuant to 28 U.S.C. §1391(b).

### III.    PARTIES

4. ANNA MALES, (hereinafter, "Plaintiff") is an individual who was at all relevant times residing in the City of Coffeyville, County of Montgomery State of Kansas.

5. NATIONWIDE RECOVERY SYSTEMS, INC., (hereinafter, "Defendant") is a business entity engaged in the collection of debt within the State of Kansas. Defendant's principal place of business is located in the State of Texas.

6. In its dealings with Plaintiff, Defendant held itself out as being a company collecting a debt allegedly owed by Plaintiff to AT&T.

7. At all relevant times, Plaintiff was a "consumer" as that term is defined by 15 U.S.C. §1692a(3).

8. At all relevant times, Defendant acted as a debt collector as that term is defined by 15 U.S.C. §1692a(6).

## IV. ALLEGATIONS

9. Beginning in December 2009, Plaintiff began receiving telephone calls from "Michelle Richardson" a duly authorized representative of Defendant, who stated that she was calling to collect a debt allegedly owed by Plaintiff to AT&T

10. The debt allegedly owed by Plaintiff was incurred primarily for personal, family, or household services.

11. Throughout December 2009, this collector, as well as other duly authorized representatives of Defendant caused Plaintiff's telephone to ring multiple times in a single day and, on at least one occasion, Defendant caused Plaintiff's telephone to ring five (5) times in a single day.

12. On one occasion, Plaintiff's fourteen (14) year old daughter answered the phone. During the course of the aforementioned telephone conversation between Defendant and Plaintiff's daughter, and without assuring that Defendant was talking to the Plaintiff and not a third party, Defendant berated Plaintiff's daughter on the phone about owing a debt, disclosed

that Plaintiff owed a debt, and further stated that she was going to be in trouble if she did not pay the debt.

13. Plaintiff did not consent to Defendant contacting third parties.

14. In its attempts to collect the debt allegedly owed by Plaintiff to AT&T, Defendant violated the FDCPA, 15 U.S.C. §1692, in one or more of the following ways:

    a. Communicated with any person other than the consumer for the purpose of acquiring location information about the consumer and stating that the consumer owes any such debt in violation of 15 U.S.C. §1692b(2);

    b. Engaged in conduct the natural consequence of which is to harass, oppress or abuse any person in connection with the collection of a debt in violation of 15 U.S.C. §1692d;

    c. Caused a telephone to ring or engaged any person in telephone conversation repeatedly or continuously with the intent to annoy, abuse or harass any person at the called number in violation of 15 U.S.C. §1692d(5);

    d. Was otherwise deceptive and failed to comply with the provisions of the FDCPA.

15. As a result of Defendant's violations as aforesaid, Plaintiff has suffered, and continues to suffer, personal humiliation, embarrassment, mental anguish and emotional distress.

## V.    JURY DEMAND

16. Plaintiff hereby demands a trial by jury on all issues so triable.

17. The Plaintiff, ANNA MALES, by and through her attorneys, Larry P. Smith & Associates, Ltd., hereby respectfully requests that the trial of this matter proceed in Wichita.

## VI.    PRAYER FOR RELIEF

WHEREFORE, Plaintiff, ANNA MALES, by and through her attorneys, respectfully prays for judgment as follows:

    a. All actual compensatory damages suffered;

    b. Statutory damages of $1,000.00;

      c.      Plaintiff's attorneys' fees and costs;

      d.      Any other relief deemed appropriate by this Honorable Court.

Respectfully submitted,
**ANNA MALES**

By:   s/ Sarah R. O'Loughlin
      Attorney for Plaintiff

Dated: March 5, 2010

Sarah R. O'Loughlin (Atty. No.: 22928)
LARRY P. SMITH & ASSOCIATES, LTD.
5822 Marion Street
Shawnee, KS 66218
Telephone: (888) 595-9111 (x819)
Facsimile: (888) 418-1277
E-Mail: soloughlin@smithlaw.us