## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| ANNA MALES, | ) | |
| | ) | |
| Plaintiff, | ) | 6:10-cv-01071-CM-KGS |
| | ) | |
| v. | ) | Judge Murguia |
| | ) | Magistrate Judge Sebelius |
| NATIONWIDE RECOVERY SYSTEMS, INC. | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO SETTLEMENT

NOW COMES the Plaintiff, ANNA MALES, by and through her attorneys, LARRY P. SMITH & ASSOCIATES, LTD., and for her Notice of Voluntary Dismissal, Plaintiff states as follows:

1. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby notifies this Honorable Court that the Plaintiff voluntarily dismisses her case pursuant to a settlement agreement reached by the parties.

2. The Defendant in this case has filed neither an answer to Plaintiff's complaint nor a motion for summary judgment.

3. Plaintiff requests that the dismissal of the above captioned matter be *without* prejudice and without costs to either party, and with leave for Plaintiff to seek reinstatement within forty-five (45) days from the date of entry of this Notice of Dismissal.

4. Plaintiff further requests that if this case has not been reinstated within forty-five (45) days from the date of entry of this Notice, or a motion for reinstatement has not been filed by said date, then the dismissal of this case shall automatically convert from a dismissal *without* prejudice to a dismissal *with* prejudice.

                                                Respectfully submitted,
                                                **ANNA MALES**

                                    By:    s/ Sarah R. O'Loughlin
                                                  Attorney for Plaintiff

Dated: April 16, 2010

Sarah R. O'Loughlin (Atty. No.: 22928)
LARRY P. SMITH & ASSOCIATES, LTD.
5822 Marion Street
Shawnee, KS 66218
Telephone:  (888) 595-9111 (x819)
Facsimile:   (888) 418-1277
E-Mail:       soloughlin@smithlaw.us