## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ANNA MALES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| v. ) | |
| ) | Case No. 10-1071 -CM |
| NATIONWIDE RECOVERY ) | |
| SYSTEMS, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

### ORDER

On May 5, 2010, the court informed plaintiff that it would treat her "Notice of Voluntary Dismissal Pursuant to Settlement" (Doc. 3) as a motion to dismiss pursuant to Fed. R. Civ. P. 41(a)(2) unless plaintiff objected by May 12, 2010. Plaintiff failed to object.

The court therefore considers plaintiff's motion to dismiss. Plaintiff asks the court to dismiss this matter without prejudice and without costs, with leave for plaintiff to seek reinstatement within 45 days from the date she filed her notice of dismissal. Plaintiff filed her notice on April 16, 2010. Plaintiff also asks for the dismissal to automatically convert from a dismissal without prejudice to a dismissal with prejudice if the case has not been reinstated within 45 days.

Unless the court orders otherwise, a Rule 41(a)(2) dismissal is without prejudice. The court will order, at plaintiff's request, that this dismissal operates as one without prejudice through and including May 31, 2010—which is 45 days after plaintiff filed her notice of dismissal. On June 1, 2010, the dismissal of this case shall automatically convert to a dismissal with prejudice unless plaintiff has sought relief from this order before that time.

The court will not, however, grant plaintiff leave to seek reinstatement before June 1. If plaintiff needs to try to reopen this case or seek relief from this order, the Federal Rules of Civil

Procedure provide a manner for her in which to do so.

**IT IS THEREFORE ORDERED** that this case is dismissed without prejudice. Unless plaintiff seeks relief from this order before June 1, 2010, this dismissal shall automatically convert to a dismissal with prejudice on June 1, 2010.

Dated this 19th day of May 2010, at Kansas City, Kansas.

<u>s/ Carlos Murguia</u>
**CARLOS MURGUIA**
**United States District Judge**